IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MUHAMMAD EL-AMIN**                                                    **PLAINTIFF**
Reg. #18162-076

**v.**                  **CASE NO.: 2:09CV00078 SWW/BD**

**RINGWOOD, et al.**                                            **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #19) is GRANTED. Plaintiff's pending claims are DISMISSED WITHOUT PREJUDICE. In addition, Plaintiff's Motion to File a Supplemental Complaint (#27) is DENIED

IT IS SO ORDERED, this 10th day of February, 2010.

                                                 /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE